GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

PATRICIA M. NAPIER            3735-0
   pnapier@goodsill.com
STACY Y. MA                   10537-0
   sma@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
HILTON MANAGEMENT LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VERONICA F. GORDON,<br><br>        Plaintiff,<br><br>vs.<br><br>HILTON MANAGEMENT, LLC,<br><br>        Defendant. | CV 17-00037 ACK-RLP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER<br><br>Trial Date:  November 27, 2018<br>Judge:  Hon. Alan C. Kay |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER**

      IT IS HEREBY STIPULATED by and between Plaintiff Veronica F. Gordon and Defendant Hilton Management LLC, by and through their respective counsel, that the Complaint, filed on December 15, 2016, in Civil No. 16-1-2266-

12 JHC, in the Circuit Court of the First Circuit, State of Hawai'i, and subsequently removed to the United States District Court for the District of Hawai'i, in CV 17-00037 ACK-RLP is hereby dismissed with prejudice. This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i.

There are no remaining claims or parties. Each party shall bear his, her, or its own costs and attorneys' fees. This Stipulation is signed by counsel for all parties that have appeared in this action. Trial was scheduled for November 27, 2018 before the Honorable Judge Alan C. Kay.

DATED: Honolulu, Hawaii, May 4, 2018.

/s/ Robert S. Miyashita
JAMES J. BICKERTON
BRIDGET G. MORGAN
ROBERT S. MIYASHITA

Attorneys for Plaintiff
VERONICA F. GORDON

DATED: Honolulu, Hawaii, May 4, 2018.

/s/ Patricia M. NaPier
PATRICIA M. NAPIER
STACY Y. MA

Attorneys for Defendant
HILTON MANAGEMENT LLC

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, May 7, 2018.

Alan C. Kay
Sr. United States District Judge

**Stipulation For Dismissal With Prejudice of All Claims and All Parties and Order,** *Veronica F. Gordon v. Hilton Hawaiian Village LLC,* CV 17-00037 ACK-RLP, United States District Court for the District of Hawai'i